IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 22-cv-01997-PAB-SBP

MIRA HOLDINGS, INC., a Minnesota corporation,

     Plaintiff,

v.

ZOOMERMEDIA, LTD., a foreign corporation,

     Defendant.

_____

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge to Grant in Part and Deny in Part Plaintiff's Motion to Amend [Docket No. 57]. The recommendation states that objections to the recommendation must be filed within fourteen days after its service on the parties. Docket No. 57 at 12-13 n.6; *see also* 28 U.S.C. § 636(b)(1)(C). The recommendation was served on January 30, 2024. No party has objected to the recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the recommendation

to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P.

72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that

the recommendation is a correct application of the facts and the law.

Accordingly, it is

**ORDERED** that the Recommendation of United States Magistrate Judge to Grant

in Part and Deny in Part Plaintiff's Motion to Amend [Docket No. 57] is **ACCEPTED**.  It

is further

**ORDERED** that plaintiff's Motion to Amend Complaint for Declaratory Relief

[Docket No. 49] is **GRANTED in part and DENIED in part**.   It is further

**ORDERED** that plaintiff shall file an amended complaint, in accordance with the

Magistrate Judge's Recommendation, Docket No. 57 at 12, as a separate document on

or before **February 29, 2024**.

DATED February 20, 2024.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary
to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo
review.  Fed. R. Civ. P. 72(b).